Roger B. Frederickson (SBN 161773)
Caroline O. Burgess (SBN 227835)
FREDERICKSON LAW GROUP
755 Santa Rosa Street, Suite 300
San Luis Obispo, CA 93401
Phone: (805) 541-4900
Fax:   (805) 617-1827
Email: Roger@Frederickson-Law.com

Attorney for Plaintiff, Peggy Rudnick

Michael E. Murphy, Esq. (Bar #174408)
Ralph F. Popelar, Esq. (Bar #112547)
Brock Christensen, Esq. (Bar #216237)
SIMS LAW FIRM, LLP
19712 MacArthur Boulevard, Suite 120
Irvine, California 92612
(949) 253-7900
(949) 253-7930 – FAX

Attorneys for Defendant NATIONAL RAILROAD PASSENGER CORPORATION, service mark AMTRAK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY RUDNICK,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, aka AMTRAK, and DOES 1-10,<br><br>　　　　　Defendants. | Case No.: 2:17-CV-05568-RSWL-SS<br><br>**JOINT MOTION FOR STIPULATED DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: June 1, 2017<br>Trial Date: October 30, 2018 |

Plaintiff PEGGY RUDNICK and Defendant NATIONAL RAILROAD PASSENGER CORPORATION jointly file this Motion for Stipulated Dismissal

-1-
**JOINT MOTION FOR STIPULATED DISMISSAL WITH PREJUDICE**

with Prejudice, asking this Court to dismiss this matter. Plaintiff and Defendant are hereinafter collectively referred to as the "Parties."

**IT IS HEREBY STIPULATED** by and between the Parties that the above entitled action has resolved.

The Parties also stipulate that this Court may and should enter a dismissal of Plaintiff's Civil Complaint in United States District Court Case Number 2:17-CV-05568-RSWL-SS in its entirety and with prejudice.

The Parties further stipulate that each shall bear their own costs and fees with respect to any claims they may have against each other.

**IT IS SO STIPULATED.**

Date: December 7, 2017      **FREDERICKSON LAW GROUP**

/s/ Roger B. Frederickson
*By*:
Roger B. Frederickson, Esq.
Attorneys for Plaintiff PEGGY RUDNICK

Date: December 7, 2017      **SIMS LAW FIRM, LLP**

/s/ Michael E. Murphy
*By*: _____
Michael E. Murphy, Esq .
Attorneys for Defendant NATIONAL RAILROAD PASSENGER CORPORATION, service mark AMTRAK

# PROOF OF SERVICE BY MAIL

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 19712 MacArthur Blvd., Ste. 120, Irvine, CA 92612.

On January 16, 2018, I served the foregoing documents on the interested parties in this action:

**JOINT MOTION FOR STIPULATED DISMISSAL WITH PREJUDICE; PROPOSED ORDER**

[X] by placing the true copies thereof enclosed in sealed envelopes addressed as listed below:

**See Attached Service List**

[ ] **BY PERSONAL SERVICE:** I caused to be delivered such envelope by hand to counsel listed on the attached personal service list. Executed on January 16, 2018, at Irvine, California.

[ ] **BY E-MAIL TRANSMISSION**: I caused the above document to be emailed to counsel and sent from jmortimore@sms-law.com executed on January 16, 2018, at Irvine, California

[X] **BY E-SERVICE:** The undersigned hereby certifies that a true and correct copy of the forgoing document was filed with the Court and served electronically through pursuant to the United States District Court CM/ECF rules to all counsel of record to those registered to receive a Notice of Electronic Filing for this case on January 16, 2018

[X] **(Federal):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed January 16, 2018, at Irvine, California.

Jodie A. Mortimore

SERVICE LIST
*Rudnick v. NRPC*

Roger B. Frederickson, Esq.
FREDERICKSON LAW GROUP
755 Santa Rosa Street, Suite 300
San Luis Obispo, CA 93401
(805) 541-4900
(805) 617-1827 - Facsimile
Attorney for Plaintiff PEGGY RUDNICK