JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGY RUDNICK,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, aka AMTRAK, and DOES 1-10,<br><br>    Defendants. | Case No.: 2:17-CV-05568-RSWL-SS<br><br>**ORDER ON JOINT MOTION FOR STIPULATED DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: June 1, 2017<br>Trial Date: October 30, 2018 |

THE COURT, having reviewed and approved the Joint Motion for Stipulated Dismissal with Prejudice by and between Plaintiff PEGGY RUDNICK and Defendant NATIONAL RAILROAD PASSENGER CORPORATION, service mark AMTRAK, orders as follows:

**IT IS ORDERED THAT** the Stipulation to Dismiss between Plaintiff PEGGY RUDNICK and Defendant NATIONAL RAILROAD PASSENGER CORPORATION is approved and this entire action and all parties are dismissed with prejudice. Both Plaintiff and Defendant will bear their own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

DATED: 1/18/2017        By:    s/ RONALD S.W. LEW
                                            Honorable Ronald S.W. Lew
                                            Senior United States District Judge

**ORDER ON JOINT MOTION FOR STIPULATED DISMISSAL WITH PREJUDICE**